UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE L. LAMB, an individual dba LAMB PRODUCTIONS U-TILE IT VIDEOS,<br><br>　　　　　　Plaintiff,<br>v.<br>FLOOR AND DECOR OUTLETS OF AMERICA, INC., a Delaware corporation, and Does 1 through 25, inclusive<br><br>　　　　　　Defendants. | Civil No. 13cv0390 JAH (BLM)<br><br>**ORDER VACATING HEARING** |

　　　After a careful review of the parties' submissions, the Court deems Defendants Floor and Decor Outlets of America, Inc's motion to dismiss (Doc. No. 5) suitable for adjudication without oral argument. See CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for May 20, 2013 is **VACATED**. The Court will issue an order in due course.

DATED: May 15, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　United States District Judge