AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                    District of                    California

| | |
|---|---|
| Bruce L. Lamb dba Lamb Prods. U-Tile It Videos,<br>Plaintiff (s),<br>V.<br>Floor and Decor Outlets of America, Inc., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 13-CV-0390 JAH BLM |

Notice is hereby given that, subject to approval by the court, __Floor and Decor Outlets of America, Inc__ substitutes
(Party (s) Name)

__Craig J. Mariam, Esq.__, State Bar No. __225280__ as counsel of record in
(Name of New Attorney)

place of __R. Charles Henn Jr., Esq. and Megan M. Chung, Esq. of Kilpatrick Townsend & Stockton LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Gordon & Rees LLP
Address:         101 W. Broadway, Ste. 1600, San Diego, CA 92101
Telephone:       (619) 696-6700            Facsimile  (877) 306-0043
E-Mail (Optional): cmariam@gordonrees.com

I consent to the above substitution.
Date: 8/16/13
_____, General Counsel
(Signature of Party (s))

I consent to being substituted.
Date: 8/16/2013
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/16/13
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]