1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN OF CALIFORNIA

| | |
|---|---|
| BRUCE L. LAMB, an individual dba LAMB PRODUCTION U-TILE IT VIDEOS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FLOOR AND DÉCOR OUTLETS OF AMERICA, INC., a Delaware corporation, and Does 1 through 25, inclusive,<br><br>　　　　　　Defendant. | CASE NO. 13CV0390 JAH BLM<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEY** |

Upon consideration of the request for substitution of attorney, IT IS HEREBY ORDERED that the substitution of attorney filed by defendant Floor and Decor Outlets of America, Inc., requesting to substitute Craig J. Mariam, Esq., as counsel of record in place of R. Charles Henn, Jr., Esq. and Megan M. Chung, Esq., is approved.

　　　IT IS SO ORDERED.

Dated: February 24, 2014

_____
Hon. John A. Houston
United States District Judge

-1-