UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE L. LAMB<br><br>            Plaintiff,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA INC. AND DOES 1 THROUGH 25 inclusive,<br><br>            Defendant. | Case No. 13CV390-JAH (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE, DIRECTING RULE 26 COMPLIANCE, AND SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed a complaint in the above-entitled matter on February 19, 2013. ECF No. 1. Defendant filed a motion to dismiss count one of the complaint in part and counts two through ten of the complaint in their entirety on March 25, 2013. ECF No. 5. On March 28, 2014, the Court granted Defendant's motion to dismiss Plaintiff's claims for copyright infringement as to his unregistered works in count one and dismissed Plaintiff's claims against the Doe Defendants for secondary liability for copyright infringement in counts two and three and the state law claims in counts four through ten. ECF No. 12. Defendant filed an answer on April 14, 2014. ECF No. 13. After a review of the pleadings, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See Civil Local Rule 16.1(c)) (explaining that the "judicial officer will hold such conferences as he or she deems appropriate"). Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-E) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **May 16, 2014**;

3. A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major (via email address efile_major@casd.uscourts.gov) on or before **May 23, 2014**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-E) shall occur on or before **May 30, 2014**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **June 6, 2014** at **1:30 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: April 18, 2014

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge